AARON VAN HOUTEN, respondent,

*v.*

MARY V. H. STEVENSON et al., appellants.

[Argued June 23d, 1905. Decided June 26th, 1905.]

On appeal from a decree in chancery based on opinions filed by Vice-Chancellor Stevens and Vice-Chancellor Garrison, whose opinions are reported, respectively, *ante p. 626* and in *68 N. J. Eq. 490.*

*Mr. Preston Stevenson,* for the appellants.

*Mr. Frederick W. Van Blarcom,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinions of Vice-Chancellors Stevens and Garrison, delivered in the court of chancery in this cause.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, GARRETSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.